BLAUSTEIN *v.* AIELLO, SUBSTITUTE TRUSTEE.

No. 570.  Decided January 7, 1963.

*Albert A. Rapoport* and *Carl W. Berueffy* for appellant.

*J. Douglas Bradshaw* and *Howard J. Thomas* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

VICKERS *v.* TOWNSHIP COMMITTEE OF GLOUCESTER TOWNSHIP ET AL.

No. 572.  Decided January 7, 1963.

*Milford Salny* for appellant.

*M. Gene Haeberle* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.